UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PRESIDENT THOMAS C. WILLIAMS,
Director of Constituents,

        Plaintiff,

        -v-        3:24-CV-1090

FBI and NY STATE TROOPERS,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:        OF COUNSEL:

THOMAS C. WILLIAMS
Plaintiff, Pro Se
001 Off-Ramp 7 South
Base Masters
Sector 7 Zone 7
Binghamton, NY 13901-4077

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On September 10, 2024, *pro se* plaintiff Thomas C. Williams filed this action alleging that defendants FBI and NY State Troopers violated his civil rights. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"), Dkt. No. 2, for permission to file electronically, Dkt. No. 4, and for the appointment of counsel, Dkt. No. 5.

On September 16, 2024, U.S. Magistrate Judge Miroslav Lovric denied plaintiff's IFP Application as incomplete, denied without prejudice plaintiff's request for counsel, and denied his request to file electronically as moot. Dkt. No. 6. At that time, Judge Lovric gave plaintiff an opportunity to either pay the filing fee or submit a completed and signed IFP Application. *Id.* Judge Lovric also warned plaintiff that his failure to comply with this or other court orders, or to diligently prosecute this action may result in sanctions, which might include the dismissal of this case. *Id.*

Plaintiff did not comply with Judge Lovric's September 16 Order. *See* Dkt. No. 9. Thus, on October 17, 2024, Judge Lovric directed plaintiff to show cause why this matter should not be dismissed for failure to comply with his previous order, for failure to diligently pursue this litigation, for failure to keep his current address on file with the Court, and/or for failure to pay the filing fee or otherwise properly commence this action.[1]

Plaintiff did not respond to Judge Lovric's October 17 Order, either. *See* Dkt. No. 10. Thus, on November 21, 2024, Judge Lovric advised by Report & Recommendation ("R&R") that plaintiff's complaint should be dismissed for failure to comply with this court's orders and the Local Rules. *Id.* In the alternative, Judge Lovric's R&R advised that plaintiff's complaint should be

---

[1] A mailing to plaintiff's initial address was returned as undeliverable. Dkt. No. 7. Although plaintiff later filed a notice of a change of address, Dkt. No. 8, further mailings to the new address have been returned as undeliverable, too, Dkt. No. 11.

- 3 -

dismissed as frivolous because, as it was currently drafted, he was unable to "meaningfully analyze, whether, and to what extent, Plaintiff has pleaded any colorable claim." *Id*.

Plaintiff has not lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 10. Upon review for clear error, Judge Lovric's R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 10) is ACCEPTED; and

2. Plaintiff's complaint is DISMISSED with prejudice.

The Clerk of the Court is directed to terminate the pending motion and enter a judgment accordingly.

IT IS SO ORDERED.

Dated: December 4, 2024
       Utica, New York.

David N. Hurd
U.S. District Judge